**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: | § | Case No. 04-47650-H1-7 |
| | § | |
| **NINA FAY LAMB,** | § | (Chapter 7) |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

\_\_\_\_\_ Small Dividends

__X__ Unclaimed Dividends

| Ck #5012     Claim #1 | Ck #5013     Claim #2 | Ck #5014     Claim #3 |
|---|---|---|
| Chase Manhattan Bank, USA | Chase Manhattan Bank, USA | Chase Manhattan Bank, USA |
| Chase Bankcard Services | Chase Bankcard Services | Chase Bankcard Services |
| PO Box 52176 | PO Box 52176 | PO Box 52176 |
| Phoenix, AZ  85072-2176 | Phoenix, AZ  85072-2176 | Phoenix, AZ  85072-2176 |
| $43.17 | $484.40 | $108.99 |

Total Small & Unclaimed Dividends          $     636.56